UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WATTS REGULATOR COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRASS CRAFT MANUFACTURING COMPANY,<br><br>Defendant. | Civil Action No.:<br>**04 C 11927 GAO** |

### CORPORATE DISCLOSURE STATEMENT OF WATTS REGULATOR CO.

Plaintiff Watts Regulator Company files the following statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3.

Plaintiff Watts Regulator Company is a wholly owned subsidiary of Watts Water Technologies, Inc. Shares of Watts Water Technologies, Inc. are publicly traded on the New York Stock Exchange under the ticker symbol WTS. There are no publicly held corporations that own 10% or more of stock in Watts Water Technologies, Inc.

Dated: September 2, 2004

Cynthia Johnson Walden (BBO # 638622)
Nicole E. Gage (BBO # 633,219)
Amy L. Brosius (BBO # 656,521)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
(617) 542-5070

Attorneys for Plaintiff
WATTS REGULATOR COMPANY